BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
United States Postal Service

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON, | CASE NO. CV 15-6055 JCS |
|     Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
|     v. | |
| UNITED STATES POSTAL SERVICE, | |
|     Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Douglas Carlson ("Plaintiff") and defendant United States Postal Service (hereinafter the "Postal Service") that the Postal Service shall have a one week extension, to February 3, 2016, to answer, move, or otherwise respond to Plaintiff's complaint in this action.

IT IS SO STIPULATED.

                                Respectfully submitted,

Dated: January 26, 2016
                        By:  /s/ Douglas F. Carlson
                                DOUGLAS F. CARLSON
                                Plaintiff

BRIAN J. STRETCH
ACTING UNITED STATES ATTORNEY

Dated:  January 26, 2016

By: /s/ Claire T. Cormier
CLAIRE T. CORMIER
Assistant U.S. Attorney

Dated: January 27, 2016



IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT
CASE NO. CV 15-6055 JCS